**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**  Case No: 6:19-bk-05718-LVV
 Chapter 13
**MARTA JUDITH PEREZ,**

    **Debtor.**
_____/

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response., will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

**MOTION TO DETERMINE IF PAYMENT CHANGE IS NECESSARY**

Debtor, MARTA JUDITH PEREZ, by and through undersigned counsel files this Motion to Determine if Payment Change is Necessary to maintain payments pursuant to Fed. R. Bankr. P. 3002.1(b)(2) and states as follows:

1. Home Point Financial Corporation ("Creditor") filed a Notice of Mortgage Payment Change (Doc. to Claim 7) [the "Notice"] on July 8, 2021, in the amount of $1,217.69, beginning on September 1, 2021, a copy of which is attached hereto as Exhibit A.

2. The Debtor and Creditor entered into a loan modification agreement for payments in the amount of $1,016.48, of which $541.67 is principal and interest and the balance includes escrow for taxes and insurance as set forth in the Order Granting Motion for Approval of Permanent Mortgage Modification Agreement (Doc. No. 56).

3. The Notice violates the loan modification agreement and should be disallowed.

WHEREFORE, Debtor requests this Honorable Court grant the Motion, disallow the Notice of Mortgage Payment Change and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 03rd day of August 2021, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor: Marta Judith Perez, 2917 Golden Rock Drive, Orlando, FL 32818; Home Point Financial Corporation, c/o Stefan Noah Beuge, Esquire, Phelan Hallinan Diamond & Jones, PLLC, 2001 NW 64th Street, Suite 100, Fort Lauderdale, FL 33309; Home Point Financial Corporation, c/o Patrick Allen Hruby, Esquire, Brock & Scott, PLLC, 2001 Northwest 64th Street, Suite 130, Fort Lauderdale, FL 33309; Home Point Financial Corporation, c/o Darrelyn Hughes, Esquire, Robertson, Anschutz, Schneid, Crane, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487.

/s/ Robert B. Branson
Robert B. Branson, Esquire

Exhibit "A"

| Fill in this information to identify the case: |
|---|
| Debtor 1   Marta Judith Perez |
| Debtor 2   _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the <u>MIDDLE</u>  District of <u>FLORIDA</u> |
| Case number <u>19-05718</u> |

Official Form 410S1

# Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Home Point Financial Corporation</u>          **Court claim no.** (if known): <u>7-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>3930</u>

**Date of payment change:** <u>9/1/2021</u>
Must be at least 21 days after date of this notice

**New total payment:** <u>$1,217.69</u>
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $475.49          New escrow payment: $476.49

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                       New interest rate:

   Current principal and interest payment:     New principal and interest payment:

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment              New mortgage payment:

Official Form 410S1                 Notice of Mortgage Payment Change                     page 1

Debtor 1 <u>Marta        Judith        Perez</u>                     Case number *(if known)* <u>19-05718</u>
       Print Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*
☐ I am the creditor
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Nathalie Rodriguez</u>        Date  <u>July 7, 2021</u>
   Signature

Print        <u>Nathalie Rodriguez,</u>                                    Title   <u>Authorized Agent for Creditor</u>
           First Name   Middle Name   Last Name

Company     <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address     <u>6409 Congress Avenue, Suite 100</u>
           Number     Street

           <u>Boca Raton FL 33487</u>
           City                     State   ZIP Code

Contact Phone <u>470-321-7112</u>                                    Email   <u>NRodriguez@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Marta Judith Perez
2917 Golden Rock Drive
Orlando, FL 32818-3313

And via electronic mail to:

Robert B Branson
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Taylor Stevens



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS
TO THIS ADDRESS

# ESCROW STATEMENT

PO BOX 619063 • DALLAS, TX 75261-9063

MARTA JUDITH PEREZ
2917 GOLDEN ROCK DR
ORLANDO FL 32818-3313

| | |
|---|---|
| Analysis Date: | June 11, 2021 |
| Loan Number: | |
| New Payment Effective Date: | 09/01/21 |
| For Inquiries: | 800.686.2404 |
| Property Address: | 2917 GOLDEN ROCK DR ORLANDO FL 32818 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

### Short Year Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current (from Last Analysis) | Effective 09/01/21 |
|---|---|---|
| Principal & Interest Pmt | $741.20 | $741.20 |
| Total Monthly Escrow Payment | $475.49 | $476.49 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$1,216.69** | **$1,217.69** |

| Shortage/Surplus Information | Effective 09/01/21 |
|---|---|
| Upcoming Total Annual Bills | $5,697.72 |
| Required Cushion | $746.30 |
| Required Starting Balance | $1,865.75 |
| Over/Short Spread | $1.68 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $746.30. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| | To Escrow | From Escrow | | Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $370.05 | $1,865.75 |
| SEP 2021 | $474.81 | $101.66 | FHA INSURANC | $743.20 | $2,238.90 |
| OCT 2021 | $474.81 | $101.66 | FHA INSURANC | $1,116.35 | $2,612.05 |
| NOV 2021 | $474.81 | $101.66 | FHA INSURANC | $1,489.50 | $2,985.20 |
| NOV 2021 | | $1,756.72 | COUNTY TAX | ($267.22) | $1,228.48 |
| DEC 2021 | $474.81 | $101.66 | FHA INSURANC | $105.93 | $1,601.63 |
| JAN 2022 | $474.81 | $101.66 | FHA INSURANC | $479.08 | $1,974.78 |
| FEB 2022 | $474.81 | $101.66 | FHA INSURANC | $852.23 | $2,347.93 |
| MAR 2022 | $474.81 | $101.66 | FHA INSURANC | $1,225.38 | $2,721.08 |

*Intentionally Left Blank*

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

MARTA JUDITH PEREZ
2917 GOLDEN ROCK DR
ORLANDO FL 32818-3313

Property Address:
2917 GOLDEN ROCK DR
ORLANDO FL 32818

Analysis Date: June 11, 2021

Loan Number:

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| APR 2022 | $474.81 | $101.66 | FHA INSURANC | $1,598.53 | $3,094.23 |
| MAY 2022 | $474.81 | $101.66 | FHA INSURANC | $1,971.68 | $3,467.38 |
| MAY 2022 | | $2,721.08 | PROPERTY INS | ($749.40) | $746.30 |
| JUN 2022 | $474.81 | $101.66 | FHA INSURANC | ($376.25) | $1,119.45 |
| JUL 2022 | $474.81 | $101.66 | FHA INSURANC | ($3.10) | $1,492.60 |
| AUG 2022 | $474.81 | $101.66 | FHA INSURANC | $370.05 | $1,865.75 |
| | $5,697.72 | $5,697.72 | | | |

## Short Year Escrow Account Disclosure Statement
## Account History

The following statement of activity in your escrow account from March 2021 through August 2021 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Anticipated | Actual | Anticipated | Actual | | Required | Actual |
| | | | | | Starting Balance | $2,347.93 | ($8,540.79) |
| MAR | $474.81 | | ($101.66) | | FHA INSURANC | $2,721.08 | ($8,540.79) |
| MAR | | | | $101.66 * | FHA INSURANC | $2,721.08 | ($8,642.45) |
| APR | $474.81 | | ($101.66) | | FHA INSURANC | $3,094.23 | ($8,642.45) |
| APR | | | | $101.66 * | FHA INSURANC | $3,094.23 | ($8,744.11) |
| MAY | $474.81 | $2,257.25 * | ($101.66) | | FHA INSURANC | $3,467.38 | ($6,486.86) |
| MAY | | | ($2,721.08) | | PROPERTY INS | $746.30 | ($6,486.86) |
| MAY | | | | $101.66 * | FHA INSURANC | $746.30 | ($6,588.52) |
| JUN | $474.81 | $9,028.29 * | ($101.66) | | FHA INSURANC | $1,119.45 | $2,439.77 |
| JUN | | | | $101.66 * | FHA INSURANC | $1,119.45 | $2,338.11 |
| JUN | | | | $2,721.08 * | HAZARD INS | $1,119.45 | ($382.97) |
| JUL | $474.81 | $478.17 * | ($101.66) | $101.66 | FHA INSURANC | $1,492.60 | ($6.46) |
| AUG | $474.81 | $478.17 * | ($101.66) | $101.66 | FHA INSURANC | $1,865.75 | $370.05 |
| | $2,848.86 | $12,241.88 | -$3,331.04 | $3,331.04 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $370.05. Your starting balance (escrow balance required) according to this analysis should be $1,865.75. This means you have a shortage of ($20.10). This shortage may be collected from you over a period of 12 months unless the shortage is less than 1 months deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $5,697.72. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $474.81 |
| Over/Short Spread: | $1.68 |
| Escrow Payment: | $476.49 |



EQUAL HOUSING LENDER
NMLS#

Home Point Financial Corporation<br>
11511 Luna Road, Suite 200<br>
Farmers Branch, TX 75234<br>
800.686.2404

MARTA JUDITH PEREZ
2917 GOLDEN ROCK DR
ORLANDO FL 32818-3313

Property Address:
2917 GOLDEN ROCK DR
ORLANDO FL 32818

Analysis Date: June 11, 2021

Loan Number:

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.