# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                            CASE NO.: 6:19-bk-05718-LVV
                                                                               CHAPTER 13

**Marta Judith Perez,**

       **Debtor.**

_____/

## NOTICE OF WITHDRAWAL

      **PLEASE TAKE NOTICE THAT**, on behalf of Home Point Financial Corporation ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Mortgage Payment Change, Related to Claim # 7, filed on 7/8/2021.**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Authorized Agent for Secured Creditor
                                                6409 Congress Ave., Suite 100
                                                Boca Raton, FL 334877
                                                Telephone: 470-321-7112
                                                By: _\S\Keith Labell_
                                                     Keith Labell, Esquire
                                                     Email: klabell@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Marta Judith Perez
2917 Golden Rock Drive
Orlando, FL 32818-3313

*And via electronic mail to:*

Robert B Branson
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: _\S\Keith Labell_
       Keith Labell, Esquire
       Email: klabell@raslg.com